USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

        v.

JASON CAMPBELL,

               Defendant.

14-CR-231 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 22, 2022, following receipt of a letter from Defendant, the Court directed counsel for Defendant to contact his client and provide the Court with an update. *See* Dkt. 91. As of the date of this order, no letter update from counsel has been filed. On October 18, 2022, Defendant again sent a letter to this Court. *See* Dkt. 92.

    The Court hereby directs the parties to confer regarding Defendant's letter, and to provide a joint status update no later than November 4, 2022. If counsel for Defendant is no longer able to represent his client, he shall promptly inform the Court.

SO ORDERED.

Dated:   October 31, 2022
            New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge